SAMUEL E. WITT, Appellant, *v.* LEONORE C. SELIG, as Administratrix of the Estate of SETH SELIG, Deceased, Respondent.

Submitted April 4, 1949; decided April 14, 1949.

*Noah Seedman* for motion.

*Thomas S. Clearwater* and *William F. Martin* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements upon the ground that the order does not finally determine the action within the meaning of the Constitution.